## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re: Debtor(s)
**Paul Vincent Elrod**
422 Palisade Way
Cohutta, GA 30710–7821

**xxx–xx–2966**

Case No.: **20–40656–pwb**
Chapter: **7**
Judge: **Paul W. Bonapfel**

### NOTICE OF RESCHEDULED MEETING OF CREDITORS

You are hereby notified that the meeting of creditors has been rescheduled to **May 7, 2020** at **11:10 AM Meeting will be telephonic. To attend, Dial: 877–928–9915 and enter: 6981387, when prompted for participation code.**

At least seven days prior to the meeting, the debtor must provide the trustee with a photocopy of (1) the most recently filed federal income tax return or a transcript thereof; (2) government–issued photo ID; and (3) evidence of Social Security Number. Contact the trustee to obtain instructions for submitting these materials.

The Trustee assigned to this case is:

Thomas D. Richardson
Brinson, Askew, Berry, et al.
P. O. Box 5007
Rome, GA 30162–5007

706–291–8853

_M. Regina Thomas_
M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: April 9, 2020

Form 250